IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Crim. no. 1:11-cr-00424-JG-4 |
| | * | |
| Plaintiff, | * | Hon. John Gleeson |
| | * | |
| -v- | * | |
| | * | AFFIDAVIT OF |
| JAMES ROSEMOND, | * | JAMES ROSEMOND |
| | * | |
| Defendant. | * | |

David A. Bythewood, an attorney licensed to mpractice law in the United States District Court Eastern District of New York, makes this affirmation under the penalties of perjury.

    1. I am the attorney fir James Rosemond and make this affirmation in that capacity.

    2. Pursuant to what I understood to be the court's desire, several; months ago I wrote to Gerald Shargel advisng hi that I and the court would like to know why he did not call the witnesses requested by the defendant and why neither he nor Kramer testified.

    3. As of this date there has been no response from Mr. Shargel.

Dated: September 6, 2013

                                                                           _____/s/_____
                                                                            David A. Bythewood, Esq.